## UNITED STATES DISTRICT COURT
### FOR THE
### EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION

UNITED STATES OF AMERICA

v.                                                          Crim. No. 5:05-CR-312-1H

DARIUS DURAN BATTLE

On October 1, 2012, the above named was placed on supervised release for a period of 48 months. The offender has complied with the rules and regulations of supervised release, and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

Reviewed and approved,                                    Respectfully submitted,

/s/Michael C. Brittain                                    /s/Timothy L. Gupton
Michael C. Brittain                                       Timothy L. Gupton
Senior U.S. Probation Officer                             U.S. Probation Officer

### ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this 15 day of May 2015.

Malcolm J. Howard
Senior U.S. District Judge